IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00714-MSK-MJW

GRETA CAROLUS, and
JIM CAROLUS, as spouse to Greta Carolus,

      Plaintiffs,

v.

GENERAL ELECTRIC COMPANY,
GE HEALTHCARE, INC., and
GE HEALTHCARE BIO-SCIENCES CORP.,

      Defendants.

---

### ORDER OF RECUSAL

---

**THIS MATTER** arises *sua sponte*.  The undersigned is a beneficiary of a trust whose assets include shares in one of the parties.  Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

     Dated this 9th day of April, 2007

                                BY THE COURT:

                               *Marcia S. Krieger*

                               Marcia S. Krieger
                               United States District Judge

Dockets.Justia.com