Document saved to the K:/ Drive in PDF format on 5/30/07

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.:      07-CV-00714-WYD-MJW

GRETA CAROLUS and JIM CAROLUS,
as spouse to Greta Carolus,

       Plaintiffs,

v.

GENERAL ELECTRIC COMPANY,
GE HEALTHCARE, INC., and
GE HEALTHCARE BIO-SCIENCES CORP.,

       Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION
## TO VACATE AND RE-SET SCHEDULING/PLANNING CONFERENCE
( Docket no. 14 )

---

THIS MATTER having come before the Court on the Motion of the Plaintiffs, Greta

Carolus and Jim Carolus, to vacate and re-set the Scheduling/Planning Conference now set for

June 11, 2007; the Court having reviewed the Motion and being fully informed in the premises,

finds that good cause exists to grant the Motion.

IT IS THEREFORE ORDERED that the Fed.R.CivP.16(b) Scheduling /Planning

Conference set for June 11, 2007 is hereby vacated.  The Scheduling/Planning Conference is re-

set as follows:

July 9, 2007, at 8:00 a.m.
in Courtroom A-502
Fifth Floor
Alfred A.  Arraj U.S. Courthouse
901 19th Street
Denver, CO  80294

IT IS FURTHER ORDERED that the mandates, deadlines, and statements set forth in this Court's Order entered April 18, 2007, shall apply to the July 9, 2007 Scheduling/Planning Conference date.  The following deadlines apply:

| | |
|---|---|
| Deadline for pre-scheduling conference: | June 18, 2007 |
| Deadline for submission of proposed<br>Scheduling Order: | July 2, 2007 |
| Deadline for submission of Confidential<br>Settlement Statements: | July 2, 2007 |

Counsel is referred to this Court's April 18, 2007 Order Setting Scheduling/Planning Conference for additional information.

Counsel for Plaintiffs shall serve a copy of this Order on any attorney or party pro se entering an appearance, within five (5) days of entry of appearance.

_____  5/30/07
MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE