IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00714-WYD-MJW

GRETA CAROLUS and
JIM CAROLUS, as spouse to Greta Carolus,

    Plaintiffs,

v.

GENERAL ELECTRIC COMPANY;
GE HEALTHCARE, INC.; and
GE HEALTHCARE BIO-SCIENCES CORP.,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion to Dismiss GE Healthcare Bio-Sciences Corp., filed August 13, 2007 (docket #41) is **STRICKEN** with leave to refile in compliance with this Court's Practice Standards, Part III(A)(2).

    Dated:  August 13, 2007