IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00714-WYD-MJW

GRETA CAROLUS and
JIM CAROLUS, as spouse to Greta Carolus,

    Plaintiffs,

v.

GENERAL ELECTRIC COMPANY;
GE HEALTHCARE, INC.; and
GE HEALTHCARE BIO-SCIENCES CORP.,

    Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Request for Oral Argument on Pending Motions to Dismiss, filed August 13, 2007 (docket #42) is **DENIED**.  The Court will issue a written order in due course.

    Dated:  August 14, 2007