IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00714-WYD-MJW

GRETA CAROLUS, et al.,

Plaintiffs,

v.

GENERAL ELECTRIC COMPANY, et al.,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion for Entry of Stipulated Order Regarding Format of Production by Defendants (docket no. 55) is GRANTED.

It is FURTHER ORDERED that the Stipulated Order Regarding Format of Production by Defendants (docket no. 55-2) is APPROVED and made an Order of Court.

It is FURTHER ORDERED that the Unopposed Motion for Entry of Stipulated Protective Order (docket no. 54) is GRANTED. The written Stipulated Protective Order (docket no. 54-2) is APPROVED and made an Order of Court.

Date:  September 26, 2007