IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00714-WYD-MJW

GRETA CAROLUS and
JIM CAROLUS, as spouse to Greta Carolus,

    Plaintiffs,

v.

GENERAL ELECTRIC COMPANY;
GE HEALTHCARE, INC.; and
GE HEALTHCARE BIO-SCIENCES CORP.,

    Defendants.

---

ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT
GE HEALTHCARE BIO-SCIENCES CORP.

---

THIS MATTER, having come before the Court on the Stipulation for Dismissal of Defendant GE Healthcare Bio-Sciences Corp. (docket #64), filed October 1, 2007.  The Court having reviewed the Stipulation, and having fully considered the grounds therein, it is hereby

ORDERED that the Stipulation for Dismissal of Defendant GE Healthcare Bio-Sciences Corp. (docket #64), filed October 1, 2007 is **APPROVED**.  It is

FURTHER ORDERED that Defendant GE Healthcare Bio-Sciences Corp. is **DISMISSED WITHOUT PREJUDICE**.

Dated: October 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel  
WILEY Y. DANIEL,  
United States District Judge