IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.: 07-CV-00714-WYD-MJW

GRETA CAROLUS and
JIM CAROLUS, as spouse to Greta Carolus,

Plaintiffs,

v.

GENERAL ELECTRIC COMPANY,
GE HEALTHCARE, INC., and
GE HEALTHCARE BIO-SCIENCES CORP.,

Defendants.

## MINUTE ORDER
### (DN 91)

It is hereby ORDERED that the Unopposed Motion for Entry of Amended Stipulated Protective Order, DN 91, is GRANTED. The written Amended Stipulated Protective Order is Approved and made an Order of Court.

Date: February 11, 2008