IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00714-WYD-MJW

GRETA CAROLUS, et al.,

Plaintiffs,

v.

GENERAL ELECTRIC COMPANY, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Unopposed Motion for Entry of Amended Stipulated Order Regarding Format of Production by Defendants (docket no. 92) is GRANTED finding good cause shown. The written Amended Stipulated Order Regarding Format of Production by Defendants (docket no. 92-2) is APPROVED and made an Order of Court.

Date: February 12, 2008